1  MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
2  mriechert@morganlewis.com
Kathryn M. Nazarian, Bar No. 259392
3  knazarian@morganlewis.com
One Market, Spear Street Tower
4  San Francisco, California 94105
Telephone: +1.415.442.1000
5  Facsimile: +1.415.442.1001

6  DAVID & GILBERT LLP
Maureen McLoughlin, *admitted pro hac vice*
7  mmcgloughlin@dglaw.com
Nirupama S. Hedge, *admitted pro hac vice*
8  nhedge@dglaw.com
1740 Broadway
9  New York, New York 10019
Telephone: +1.212.468.4800

10

11  Attorneys for Defendants
MARKETSTAR CORPORATION, INC., and
12  CREATE MARKETING AND SALES SOLUTIONS, INC.

13  (Counsel Continues On Next Page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL ADAMS III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARKETSTAR CORP.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-CV-02509-TLN-CKD (TEMP)<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF DISCOVERY AND MOTION DEADLINES**<br><br>Complaint Filed: August 15, 2014<br>Trial Date: None Set |
| SHIANNA NOTSCHER, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARKETSTAR CORPORATION, a corporation; CREATE MARKETING AND SOLUTIONS INC., a corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 26433961.1

ORDER GRANTING
STIPULATION FOR EXTENSION OF
DISCOVERY AND MOTION DEADLINES
Case No. 2:14-CV-02509-TLN-CKD (TEMP)

1  RIGHETTI GLUGOSKI P.C.
   John Glugoski
2  jglugoski@righettilaw.com
   Matthew Righetti
3  mrighetti@righettilaw.com
   456 Montgomery Street, Suite 1400
4  San Francisco, California  94104
   Telephone:   +1.415.982.0900
5
   Attorneys for Plaintiff
6  KARL ADAMS III

7  RASTEGAR LAW GROUP, APC
   Farzad Rastegar
8  farzad@rastegarlawgroup.com
   Justin Marquez
9  justin@rastegarlawgroup.com
   1010 Crenshaw Boulevard, Suite 100
10 Torrance, California  90501
   Telephone:    +1.310.961.9600
11
   Attorneys for Plaintiff
12 SHIANNA NOTSCHER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRM NAME
ATTORNEYS AT LAW
OFFICE ADDRESS

ORDER GRANTING STIPULATION FOR
EXTENSION OF
DISCOVERY AND MOTION DEADLINES
Case No. 2:14-CV-02509-TLN-CKD (TEMP)

**ORDER**

Pursuant to Eastern District of California Local Rule 144, stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. The dates set forth in the Court's Scheduling Order of December 30, 2014 are extended by three months so as to accommodate the Parties' settlement efforts. The new deadlines are as follows:

- Last day of fact discovery on class certification: April 7, 2016
- Last day of expert discovery on class certification: May 4, 2016
- Deadline for Class Certification Motion: July 21, 2016.

**IT IS SO ORDERED.**

Dated: November 13, 2015

_____
Troy L. Nunley
United States District Judge