Farzad Rastegar (State Bar No. 155555)
farzad@rastegarlawgroup.com
Justin F. Marquez (State Bar No. 262417)
justin@rastegarlawgroup.com
**RASTEGAR LAW GROUP, APC**
22760 Hawthorne Blvd., Suite 200
Torrance, CA 90505
Telephone:   (310) 961-9600
Facsimile:    (310) 961-9094
Attorneys for Plaintiff Shianna Notscher

[*Additional counsel on next page*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL ADAMS, III<br><br>             Plaintiff,<br><br>     vs.<br><br>MARKETSTAR CORP.; and DOES 1 through 50, inclusive<br><br>             Defendants. | Case No. 2:14-CV-02509-TLN-CKD (TEMP)<br><br>**ORDER GRANTING PARTIES' REQUEST TO VACATE CLASS CERTIFICATION FILING DEADLINE IN LIGHT OF SETTLEMENT AND PERMIT PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: August 15, 2014<br>Trial Date: None Set |
| SHIANNA NOTSCHER, individually, and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>     vs.<br><br>MARKETSTAR CORPORATION, a corporation; CREATE MARKETING AND SALES SOLUTIONS, INC., a corporation; and DOES 1-10, inclusive<br><br>             Defendants. | |

Matthew Righetti (State Bar No. 121012)
matt@righettilaw.com
John Glugoski (State Bar No. 191551)
jglugoski@righettilaw.com
**RIGHETTI GLUGOSKI, P.C**.
456 Montgomery Street, Suite 1400
San Francisco, CA 94104
Telephone:    (415) 983-0900
Facsimile:    (415) 397-9005
*Attorneys for Plaintiff Karl Adams, III*

**MORGAN, LEWIS & BOCKIUS LLP**
Melinda S. Riechert, Bar No. 65504
mriechert@morganlewis.com
Kathryn M. Nazarian, Bar No. 259392
knazarian@morganlewis.com
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: +1.415.442.1000
Facsimile: +1.415.442.1001
*Attorneys for Defendants MarketStar Corporation, Inc., and Create Marketing and Sales Solutions, Inc.*

**DAVIS & GILBERT LLP**
Maureen McLoughlin, *admitted pro hac vice*
mmcgloughlin@dglaw.com
Shira Franco, *admitted pro hac vice*
sfranco@dglaw.com
Nirupama S. Hegde, *admitted pro hac vice*
nhedge@dglaw.com
1740 Broadway
New York, New York 10019
Telephone: +1.212.468.4800
*Attorneys for Defendants MarketStar Corporation, Inc., and Create Marketing and Sales Solutions, Inc.*

1  The Court, having read and considered the Parties' Joint Notice of Settlement and
2  Request to Vacate Class Certification Filing Deadline in Light of Settlement and Permit
3  Plaintiffs' to File a First Amended Complaint, and good cause appearing, ORDERS that the
4  Parties' request is granted.  The July 21, 2016 deadline for Plaintiffs to file a motion for class
5  certification is vacated.  Plaintiffs are also permitted to file a first amended complaint.

7  Dated: June 13, 2016

                                    Troy L. Nunley
                                    United States District Judge